IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Edward L. Scherer;** | ) | |
| **Individually, and on behalf of all others** | ) | |
| **similarly situated,** | ) | Civil Action |
|     **Plaintiffs,** | ) | File No. 4:20-cv-01297 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Frost Bank,** | ) | Jury Trial Demanded |
|     **Defendant.** | ) | |
| | ) | |

## ORDER

Plaintiff's Agreed Motion to Dismiss with Prejudice is GRANTED.

The civil action is DISMISSED with prejudice. Each party shall be responsible for its or his own costs, expenses and attorneys' fees.

SIGNED at Houston, Texas on   June 30  , 2020.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE